```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                   Case No. 19-03853-HWV
Jason B. Hamilton                                                        Chapter 13
Christine Marie Hamilton
            Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: Christina             Page 1 of 2             Date Rcvd: Dec 20, 2019
                               Form ID: ntcnfhrg           Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db/jdb         +Jason B. Hamilton,    Christine Marie Hamilton,    15 Dicken Drive,    Marysville, PA 17053-9702
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
5246493        +BELCO COMMUNITY CU (for Notices),    449 EISENHOWER BLVD,    HARRISBURG, PA 17111-2301
5246494         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5246495         CAMP HIL EMERGENCY PHYSICIANS,    PO BOX 13693,    PHILADELPHIA, PA 19101-3693
5246498        +CHRISTOPHER & MARIA SMALL,    637 BRENTWOOD ROAD,    ORANGE, CT 06477-2702
5246499        +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5246500        +COMCAST (BK NOTICES),    PO BOX 1931,    BURLINGAME, CA 94011-1931
5246502        +DIVERSIFIED ADJUSTMENT SERVICE, INC,    600 COON RAPIDS BLVD,    MINNEAPOLIS, MN 55433-5549
5246504        +DJ ORTHO,    PO BOX 515471,    LOS ANGELES, CA 90051-6771
5246491        +Dorothy L. Mott,    Attorney at Law,    125 State Street,    Harrisburg, PA 17101-1025
5246505        +FEDLOAN,    PO BOX 69184,    HARRISBURG, PA 17106-9184
5246506        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5246507        +FNCC,    PO BOX 5097,    SIOUX FALLS, SD 57117-5097
5246509        +GEISINGER HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
5246510        +GLOBAL CREDIT & COLLECTION CORP,    1901 RESEARCH BLVD,    ROCKVILLE, MD 20850-3164
5246511        +HSBC BANK,    ACCT INFORMATION,    PO BOX 81622,    SALINAS, CA 93912-1622
5246512        +HTG, INC,    HOT TUB GUY SERVICE CENTER,    3269 DAYS MILL ROAD,    YORK, PA 17408-7385
5246513        +John Ensminger Appra,    3557 Elmerton Avenue,    Harrisburg, PA 17109-1132
5246514        +KIRMAN EYE,    29 WEST MAIN STREET,    HUMMELSTOWN, PA 17036-1538
5246515        +LINEBARGER GOGGAN BLAIR & SAMPSON,    PO BOX 90128,    HARRISBURG, PA 17109-0128
5246517        +MARK HECKMAN,    1309 Bridge Street,    New Cumberland, PA 17070-1172
5246518        +MIKE RORAPAUGH ROOFING,    105 UMBERTO AVENUE,    NEW CUMBERLAND, PA 17070-2627
5246519        +MINI MOBILE,    1015 OLD TRAIL ROAD,    GOLDSBORO, PA 17319-9390
5246520        +MOFFITT HEART & VASCULAR GROUP,    1000 N FRONT ST,    WORMLEYSBURG, PA 17043-1034
5246521        +MR COOPER,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067-4488
5246522        +MRS ASSOCIATES INC,    1930 OLNEY AVE,    CHERRY HILL, NJ 08003-2016
5246523        +MRSBPO,    1930 OLNEY AVENUE,    CHERRY HILL, NJ 08003-2016
5246524        +MUMMA ELECTRIC,    3820 TRINDLE ROAD,    CAMP HILL, PA 17011-4388
5258649        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
5246527        +OIP,    3399 TRINDLE ROAD,    CAMP HILL, PA 17011-2286
5246528         ORANGE LAKE COUNTRY CLUB IN,    PO BOX 864964,    ORLANDO, FL 32886-4964
5246530        +PENN CREDIT CORP,    2800 COMMERCE DRIVE,    PO BOX 69703,    HARRISBURG, PA 17106-9703
5246531        +PENNYMAC LOAN SERVICES LLC,    6101 CONDOR DRIVE, STE 310,    MOORPARK, CA 93021-2602
5246532         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5264901         Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX  75014-1419
5272757        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5246534        +RADIUS GLOBAL SOLUTIONS LLC,    FDBA NORTHLAND GROUP LLC,    50 W SKIPPACK PIKE,
                 AMBLER, PA 19002-5151
5246535         RECMGMTPART,    PO Box 8630,    Richmond, VA  23226-0630
5246536        +RLC INC,    904 MAIN STREET,    PLEASANTON, KS 66075-4078
5246538        +STEVEN BURKE,    405 BLACKLATCH LANE,    CAMP HILL, PA 17011-8415
5246540        +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5246541        +THE PAXTON HERALD,    PO BOX 6310,    101 LINCOLN STREET,    HARRISBURG, PA 17112-2599
5246542        +UNLIMITED VACATION CLUB,    9450 SUNSET DRIVE,    MIAMI, FL 33173-3206
5246543        +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
5246545         WELLS FARGO CARD SERVICES,    PO BOX 14517,    DES MOINES, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: rmcollections@belco.org Dec 20 2019 19:27:46     Belco Community Credit Union,
                 449 Eisenhower Blvd.,    Harrisburg, PA  17111
5246492        +E-mail/Text: ally@ebn.phinsolutions.com Dec 20 2019 19:27:48     ALLY,    PO BOX 130424,
                 ROSEVILLE, MN 55113-0004
5267233         E-mail/Text: ally@ebn.phinsolutions.com Dec 20 2019 19:27:48     Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
5249372         E-mail/Text: rmcollections@belco.org Dec 20 2019 19:27:46     Belco Community Credit Union,
                 449 Eisenhower Blvd, Ste 200,    Harrisburg, PA 17111
5246496         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 19:36:56
                 CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5246497         E-mail/Text: bmg.bankruptcy@centurylink.com Dec 20 2019 19:28:17     CENTURY LINK,
                 PO BOX 4300,    CAROL STREAM IL  60197-4300
5246546        +E-mail/Text: dehartstaff@pamd13trustee.com Dec 20 2019 19:28:25
                 CHARLES J DEHART III ESQ TRUSTEE,    8125 ADAMS DRIVE, SUITE A,    HUMMELSTOWN, PA 17036-8625
5246547         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 19:28:06     COMMONWEALTH OF PA,
                 DEPARTMENT OF REVENUE,    BUREAU OF COMPLIANCE,    DEPARTMENT 280946,
                 HARRISBURG, PA 17128-0946
5246501         E-mail/Text: mrdiscen@discover.com Dec 20 2019 19:27:49     DISCOVER BANK,    12 READS WAY,
                 NEW CASTLE, DE 19720
5246503         E-mail/Text: bankruptcynotices@dcicollect.com Dec 20 2019 19:28:26
                 DIVERSIFIED CONSULTANTS, INC,    PO BOX 551268,    JACKSONVILLE, FL 32255-1268
```

```
District/off: 0314-1          User: Christina         Page 2 of 2              Date Rcvd: Dec 20, 2019
                              Form ID: ntcnfhrg       Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5246508          E-mail/Text: bankruptcynotification@ftr.com Dec 20 2019 19:28:32      FRONTIER COMMUNICATIONS,
                  PO BOX 20550,    ROCHESTER, NY 14602
5246548          E-mail/Text: cio.bncmail@irs.gov Dec 20 2019 19:27:52      IRS,    PO BOX 21126,
                  PHILADELPHIA, PA 19114
5246516         +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 19:37:00      LVNV FUNDING LLC,
                  BK NOTICES,    55 BEATTIE PL STE 110 MS576,   GREENVILLE, SC 29601-2165
5248402          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 19:37:22      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5246525         +E-mail/Text: Bankruptcies@nragroup.com Dec 20 2019 19:28:33      NATIONAL RECOVERY AGENCY,
                  2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5246526         +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2019 19:28:29      NCC BUSINESS SERVICES INC,
                  PO BOX 24739,    JACKSONVILLE, FL 32241-4739
5246529         +E-mail/Text: paparalegals@pandf.us Dec 20 2019 19:28:33      PATENAUDE & FELIX APC,
                  501 CORPORATE DRIVE,    SOUTHPOINTE CENTER, STE 205,   CANONSBURG, PA 15317-8584
5272636          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 19:28:06
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.  17128-0946
5261566         +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2019 19:28:21      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
5246533         +E-mail/Text: service@quantumcollections.com Dec 20 2019 19:27:47      QUANTUM COLL,
                  3224 CIVIC CENTER NORTH,   NORTH LAS VEGAS, NV 89030-4506
5246537          E-mail/Text: appebnmailbox@sprint.com Dec 20 2019 19:28:11      SPRINT BANKRUPTCY,    PO BOX 7949,
                  OVERLAND PARK, KS 66207
5246539         +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 19:36:53      SYNCB/LOWES,    PO BOX 965004,
                  ORLANDO, FL 32896-5004
5246544         +E-mail/Text: krishna.patel@vonage.com Dec 20 2019 19:28:20      VONAGE,    23 MAIN STREET,
                  HOLMDEL, NJ 07733-2136
5268110          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2019 19:37:01       Verizon,
                  by American InfoSource as agent,    PO Box 4457,   Houston, TX  77210-4457
                                                                                             TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5246490*        +Christine Marie Hamilton,    15 Dicken Drive,   Marysville, PA 17053-9702
5246489*        +Jason B. Hamilton,    15 Dicken Drive,   Marysville, PA 17053-9702
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David William Park    on behalf of Creditor    Belco Community Credit Union dpark@martsonlaw.com,
               teckenroad@martsonlaw.com
              Dorothy L Mott    on behalf of Debtor 1 Jason B. Hamilton DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 Christine Marie Hamilton DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| --- | --- |
| Jason B. Hamilton,<br>**Debtor 1**<br><br>Christine Marie Hamilton,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19–bk–03853–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 20, 2019 |

ntcnfhrg (03/18)