```
                            United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 19-03853-HWV
Jason B. Hamilton                                                  Chapter 13
Christine Marie Hamilton
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: Christina              Page 1 of 2             Date Rcvd: Dec 20, 2019
                              Form ID: pdf002              Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db/jdb       +Jason B. Hamilton,    Christine Marie Hamilton,    15 Dicken Drive,    Marysville, PA 17053-9702
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
               Coppell, TX 75019-4620
5246493      +BELCO COMMUNITY CU (for Notices),    449 EISENHOWER BLVD,    HARRISBURG, PA 17111-2301
5246494       BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5246495       CAMP HIL EMERGENCY PHYSICIANS,    PO BOX 13693,    PHILADELPHIA, PA 19101-3693
5246498      +CHRISTOPHER & MARIA SMALL,    637 BRENTWOOD ROAD,    ORANGE, CT 06477-2702
5246499      +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5246500      +COMCAST (BK NOTICES),    PO BOX 1931,    BURLINGAME, CA 94011-1931
5246502      +DIVERSIFIED ADJUSTMENT SERVICE, INC,    600 COON RAPIDS BLVD,    MINNEAPOLIS, MN 55433-5549
5246504      +DJ ORTHO,    PO BOX 515471,    LOS ANGELES, CA 90051-6771
5246491      +Dorothy L. Mott,    Attorney at Law,    125 State Street,    Harrisburg, PA 17101-1025
5246505      +FEDLOAN,    PO BOX 69184,    HARRISBURG, PA 17106-9184
5246506      +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5246507      +FNCC,   PO BOX 5097,    SIOUX FALLS, SD 57117-5097
5246509      +GEISINGER HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
5246510      +GLOBAL CREDIT & COLLECTION CORP,    1901 RESEARCH BLVD,    ROCKVILLE, MD 20850-3164
5246511      +HSBC BANK,    ACCT INFORMATION,    PO BOX 81622,    SALINAS, CA 93912-1622
5246512      +HTG, INC,    HOT TUB GUY SERVICE CENTER,    3269 DAYS MILL ROAD,    YORK, PA 17408-7385
5246513      +John Ensminger Appra,    3557 Elmerton Avenue,    Harrisburg, PA 17109-1132
5246514      +KIRMAN EYE,    29 WEST MAIN STREET,    HUMMELSTOWN, PA 17036-1538
5246515      +LINEBARGER GOGGAN BLAIR & SAMPSON,    PO BOX 90128,    HARRISBURG, PA 17109-0128
5246517      +MARK HECKMAN,    1309 Bridge Street,    New Cumberland, PA 17070-1172
5246518      +MIKE RORAPAUGH ROOFING,    105 UMBERTO AVENUE,    NEW CUMBERLAND, PA 17070-2627
5246519      +MINI MOBILE,    1015 OLD TRAIL ROAD,    GOLDSBORO, PA 17319-9390
5246520      +MOFFITT HEART & VASCULAR GROUP,    1000 N FRONT ST,    WORMLEYSBURG, PA 17043-1034
5246521      +MR COOPER,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067-4488
5246522      +MRS ASSOCIATES INC,    1930 OLNEY AVE,    CHERRY HILL, NJ 08003-2016
5246523      +MRSBPO,    1930 OLNEY AVENUE,    CHERRY HILL, NJ 08003-2016
5246524      +MUMMA ELECTRIC,    3820 TRINDLE ROAD,    CAMP HILL, PA 17011-4388
5258649      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
5246527      +OIP,   3399 TRINDLE ROAD,    CAMP HILL, PA 17011-2286
5246528       ORANGE LAKE COUNTRY CLUB IN,    PO BOX 864964,    ORLANDO, FL 32886-4964
5246530      +PENN CREDIT CORP,    2800 COMMERCE DRIVE,    PO BOX 69703,    HARRISBURG, PA 17106-9703
5246531      +PENNYMAC LOAN SERVICES LLC,    6101 CONDOR DRIVE, STE 310,    MOORPARK, CA 93021-2602
5246532       PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5264901       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
               IRVING, TX  75014-1419
5272757       PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5246534      +RADIUS GLOBAL SOLUTIONS LLC,    FDBA NORTHLAND GROUP LLC,    50 W SKIPPACK PIKE,
               AMBLER, PA 19002-5151
5246535       RECMGMTPART,    PO Box 8630,    Richmond, VA  23226-0630
5246536      +RLC INC,    904 MAIN STREET,    PLEASANTON, KS 66075-4078
5246538      +STEVEN BURKE,    405 BLACKLATCH LANE,    CAMP HILL, PA 17011-8415
5246540      +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5246541      +THE PAXTON HERALD,    PO BOX 6310,    101 LINCOLN STREET,    HARRISBURG, PA 17112-2599
5246542      +UNLIMITED VACATION CLUB,    9450 SUNSET DRIVE,    MIAMI, FL 33173-3206
5246543      +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
5246545       WELLS FARGO CARD SERVICES,    PO BOX 14517,    DES MOINES, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: rmcollections@belco.org Dec 20 2019 19:27:46      Belco Community Credit Union,
               449 Eisenhower Blvd.,    Harrisburg, PA  17111
5246492      +E-mail/Text: ally@ebn.phinsolutions.com Dec 20 2019 19:27:48      ALLY,    PO BOX 130424,
               ROSEVILLE, MN 55113-0004
5267233       E-mail/Text: ally@ebn.phinsolutions.com Dec 20 2019 19:27:48      Ally Bank,    PO Box 130424,
               Roseville, MN 55113-0004
5249372       E-mail/Text: rmcollections@belco.org Dec 20 2019 19:27:46      Belco Community Credit Union,
               449 Eisenhower Blvd, Ste 200,    Harrisburg, PA 17111
5246496       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 19:37:45
               CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5246497       E-mail/Text: bmg.bankruptcy@centurylink.com Dec 20 2019 19:28:17      CENTURY LINK,
               PO BOX 4300,    CAROL STREAM IL  60197-4300
5246546      +E-mail/Text: dehartstaff@pamd13trustee.com Dec 20 2019 19:28:25
               CHARLES J DEHART III ESQ TRUSTEE,    8125 ADAMS DRIVE, SUITE A,    HUMMELSTOWN, PA 17036-8625
5246547       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 19:28:08      COMMONWEALTH OF PA,
               DEPARTMENT OF REVENUE,    BUREAU OF COMPLIANCE,    DEPARTMENT 280946,
               HARRISBURG, PA 17128-0946
5246501       E-mail/Text: mrdiscen@discover.com Dec 20 2019 19:27:49      DISCOVER BANK,    12 READS WAY,
               NEW CASTLE, DE 19720
5246503       E-mail/Text: bankruptcynotices@dcicollect.com Dec 20 2019 19:28:26
               DIVERSIFIED CONSULTANTS, INC,    PO BOX 551268,    JACKSONVILLE, FL 32255-1268
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5246508        E-mail/Text: bankruptcynotification@ftr.com Dec 20 2019 19:28:32      FRONTIER COMMUNICATIONS,
               PO BOX 20550,    ROCHESTER, NY 14602
5246548        E-mail/Text: cio.bncmail@irs.gov Dec 20 2019 19:27:53      IRS,   PO BOX 21126,
               PHILADELPHIA, PA 19114
5246516       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 19:37:00      LVNV FUNDING LLC,
               BK NOTICES,    55 BEATTIE PL STE 110 MS576,   GREENVILLE, SC 29601-2165
5248402        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 19:37:49      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5246525       +E-mail/Text: Bankruptcies@nragroup.com Dec 20 2019 19:28:33      NATIONAL RECOVERY AGENCY,
               2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5246526       +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2019 19:28:29      NCC BUSINESS SERVICES INC,
               PO BOX 24739,    JACKSONVILLE, FL 32241-4739
5246529       +E-mail/Text: paparalegals@pandf.us Dec 20 2019 19:28:33      PATENAUDE & FELIX APC,
               501 CORPORATE DRIVE,    SOUTHPOINTE CENTER, STE 205,   CANONSBURG, PA 15317-8584
5272636        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 19:28:08
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
5261566       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2019 19:28:21      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
5246533       +E-mail/Text: service@quantumcollections.com Dec 20 2019 19:27:47      QUANTUM COLL,
               3224 CIVIC CENTER NORTH,    NORTH LAS VEGAS, NV 89030-4506
5246537        E-mail/Text: appebnmailbox@sprint.com Dec 20 2019 19:28:11      SPRINT BANKRUPTCY,   PO BOX 7949,
               OVERLAND PARK, KS 66207
5246539       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 19:37:41      SYNCB/LOWES,   PO BOX 965004,
               ORLANDO, FL 32896-5004
5246544       +E-mail/Text: krishna.patel@vonage.com Dec 20 2019 19:28:20      VONAGE,   23 MAIN STREET,
               HOLMDEL, NJ 07733-2136
5268110        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2019 19:37:50      Verizon,
               by American InfoSource as agent,    PO Box 4457,   Houston, TX  77210-4457
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5246490*      +Christine Marie Hamilton,   15 Dicken Drive,   Marysville, PA 17053-9702
5246489*      +Jason B. Hamilton,   15 Dicken Drive,   Marysville, PA 17053-9702
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          David William Park   on behalf of Creditor    Belco Community Credit Union dpark@martsonlaw.com,
           teckenroad@martsonlaw.com
          Dorothy L Mott    on behalf of Debtor 1 Jason B. Hamilton DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Dorothy L Mott    on behalf of Debtor 2 Christine Marie Hamilton DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| JASON B. HAMILTON | : | |
| CHRISTINE MARIE HAMILTON | : | CASE NO. 1:19-bk-03853 |
| Debtors | : | |
| | : | ☑ ORIGINAL PLAN |
| | : | |
| | : | ☐ AMENDED PLAN (indicate 1ST, 2ND, 3RD, etc.) |
| | : | |
| | : | ☐ 0 Number of Motions to Avoid Liens |
| | : | |
| | : | ☑ 3 Number of Motions to Value Collateral |

### CHAPTER 13 PLAN

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☑ 3 Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ 0 Included | ☑ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

   A. <u>Plan Payments From Future Income</u>
     1. To date, the Debtor paid $ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $132,000.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 10/2019 | 09/2024 | $2,200.00 x 60 months | $ | | $132,000.00 |
| | | $ | $ | | $ |
| | | $ | $ | | $ |
| | | $ | $ | | $ |
| | | $ | $ | | $ |
| | | | | Total Payments | $132,000.00 |

     2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.
     3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.
     4. CHECK ONE: ☐ Debtor is at or under median income. If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.
        ☑ Debtor is over median income. Debtor calculates that a minimum of $ must be paid to allowed unsecured creditors in order to comply with the Means Test.

   B. <u>Additional Plan Funding From Liquidation of Assets/Other</u>
     1. The Debtor estimates that the liquidation value of this estate is $0. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines.
  ☑  No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.


**2. SECURED CLAIMS**
   A. <u>Pre-Confirmation Distributions</u>. *Check one.*
  ☐  None. If "None" is checked, the rest of § 2.A need not be completed or reproduced.

  ☑  Adequate protection and conduit payments in the following amounts will be paid by the debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
| **BELCO COMMUNITY CU** | | $30.00 |
| **BELCO COMMUNITY CU** | | $17.00 |
| **BELCO COMMUNITY CU** | | $25.00 |

      1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.
      2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

    B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor**. *Check one*.
☐ None. If "None" is checked, the rest of § 2.B need not be completed or reproduced. \

☒ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **MR COOPER** | **15 Dicken Drive, Marysville, PA 17053** | |
| **PENNYMAC LOAN SERVICES LLC** | **405 Blacklatch Lane, Camp Hill, PA 17011** | |

    C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**.
    *Check one.*
☐ None. If "None" is checked, the rest of § 2.C need not be completed or reproduced.

☒ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| **MR COOPER** | 15 Dicken Drive, Marysville, PA 17053 | Per allowed proof of claim $3,927.00 estimated | | Per allowed proof of claim |
| **PENNYMAC LOAN SERVICES LLC** | 405 Blacklatch Lane, Camp Hill, PA 17011 | Per allowed proof of claim $0 estimated | | Per allowed proof of claim |

**D. Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☐ None. If "None" is checked, the rest of § 2.D need not be completed or reproduced.

☑ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| **ALLY** | **2014 Chevy Camaro SS convertible (approx 44,500 mi** | **$12,764.00** | Lesser of 5.25% or contract rate | Payment of allowed secured claim through Plan |

**E. Secured claims for which a § 506 valuation is applicable.** *Check one.*
  ☐ None. If "None" is checked, the rest of § 2.E need not be completed or reproduced.

  ☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the

court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| BELCO COMMUNITY CU | 2015 Chevy Tahoe LS 4d sliver (approx 77,700 miles | $27,087.00 | Lesser of 5.25% or contract rate | $30,856.00 | Plan -- cram down |
| BELCO COMMUNITY CU | 2009 Heartland Sundance 5th wheel | $15,000.00 | Lesser of 5.25% or contract rate | $17,087.00 | Plan -- cram down |
| BELCO COMMUNITY CU | 2015 Chevy Silverado K2500 High Country diesel cre | $22,171.00 | Lesser of 5.25% or contract rate | $25,256.00 | Plan -- cram down |

**F. Surrender of Collateral**. *Check one.*
☒ None. If "None" is checked, the rest of § 2.F need not be completed or reproduced.

**G. Lien Avoidance. Do not use for mortgages or for statutory liens, such as tax liens**. *Check one.*
☒   None. If "None" is checked, the rest of § 2.G need not be completed or reproduced.

**3. PRIORITY CLAIMS.**
   **A. Administrative Claims**

   1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.
   2. Attorney's fees. Complete only one of the following options:
      a. In addition to the retainer of $0.00 already paid by the Debtor, the amount of $4,000.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or
      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*
☒   None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

   **B. Priority Claims (including, certain Domestic Support Obligations**
      Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **NONE** | |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*
☒ If "None" is checked, the rest of § 3.C need not be completed or reproduced.

**4. UNSECURED CLAIMS**
   A. **Claims of Unsecured Nonpriority Creditors Specially Classified**. *Check one of the following two lines.*
☒ None. If "None" is checked, the rest of § 4.A need not be completed or reproduced.

   B. **All remaining allowed unsecured claims shall receive a pro-rata distribution of any funds remaining after payment of the other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**. *Check one of the following two lines.*
☐ None. If "None" is checked, the rest of § 5 need not be completed or reproduced.

☒ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume/ Reject |
|---|---|---|---|---|---|---|
| **MINI MOBILE** | **Lease of 2 pods** | $266.00 | % | $ | | Assumed |
| **STEVEN BURKE** | **Lease out /sales agreement of house at 405 Blacklatch Lane** | $ | % | $0 | | Assumed |

**6. VESTING OF PROPERTY OF THE ESTATE**.
**Property of the estate will vest in the Debtor upon**
*Check the applicable line:*
☐ plan confirmation.
☐ entry of discharge.
☒ closing of case:

**7. DISCHARGE**: (Check one)
☒ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION**:
If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.
Payments from the plan will be made by the Trustee in the following order:
Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Secured claims, pro rata.
Level 5:    Priority claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    General unsecured claims.
Level 8:    Untimely filed unsecured claims to which the debtor has not objected.

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

**9. NONSTANDARD PLAN PROVISIONS**
**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

(1) Claim amounts: The amounts of the claims listed in the plan and schedules are estimated amounts and are not admissions by the Debtors as to the amount(s) owed.

(2) Property surrendered under Section 2 F. shall be surrendered in full satisfaction of creditors' claims.

(3) Lien Releases.

    (a) Personal Property: Upon the satisfaction, completion of cramdown payment, or other discharge of a security interest in a motor vehicle, mobile home, or in any other personal property of this estate in bankruptcy for which ownership is evidenced by a certificate of title, the secured party shall within thirty (30) days after the entry of the discharge order or demand execute a release of its security interest on the said title or certificate, and mail or deliver the certificate or title and release to the Debtor or to the attorney for the Debtor. Confirmation of this plan shall impose an affirmative and direct duty on each such secured party to comply with this provision.

    (b) Real Property: Upon the, completion of cramdown payment, strip off, or other discharge of a security interest in real property, the secured party shall within sixty (60) days after the entry of the discharge order file a satisfaction piece or release of its security interest in the office of the Recorder of Deeds for the county in which the real estate is located. Confirmation of this plan shall impose an affirmative and direct duty on each such secured party to comply with this provision.

(4) Confirmation of this Plan shall not bar the Debtor from:

    (a) filing objections to any claims;

    (b) amending his schedules to add a creditor who was omitted from his schedules and to amend this Plan to provide for the treatment of such creditor or any other creditor who failed to timely file a proof of claim;

    (c) seeking to avoid a lien under Section 522 of the Code or seeking the determination of the extent, validity and/or priority of any liens;

    (d) seeking a determination as to the dischargeability of any debt; or

    (e) selling any asset of his free and clear of liens and encumbrances.

/s/ Dorothy L. Mott, /s/ Kara K. Gendron
_____
Dorothy L. Mott, Kara K. Gendron
Attorneys for Debtor(s)


/s/ Jason B. Hamilton
Debtor


/s/ Christine Marie Hamilton
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9