LOCAL BANKRUPTCY FORM 9019-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason B. Hamilton and Christine Marie Hamilton<br>    Debtors. | CHAPTER 13<br><br>BANKRUPTCY NO. 19-03853/HWV |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding:   Motion for Relief |
| Jason B. Hamilton and Christine Marie Hamilton<br>    Debtors/Respondents | Pleading:  Motion for Relief<br><br>Document # 28 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐    The undersigned counsel certifies as follows:

(1)    A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

   ☐    Thirty (30) days.

   ☐    Forty-five (45) days.

   ☐    Sixty (60) days.

(2)    If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

         Respectfully submitted,

Dated:  January 3, 2020      BY:/s/ Kristen D. Little
            Kristen D. Little, Esquire
            Shapiro & DeNardo, LLC
            3600 Horizon Drive, Suite 150
            King of Prussia, PA 19406
            (610) 278-6800/ fax (847) 954-4809
S&D File #:19-062549      PA BAR ID #79992
            klittle@logs.com
            pabk@logs.com