UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON B. HAMILTON and : CHAPTER 13
CHRISTINE MARIE HAMILTON :
    Debtor(s) :
     :
     :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. :
     :
JASON B. HAMILTON and :
CHRISTINE MARIE HAMILTON :
    Respondent(s) : CASE NO.  1-19-bk-03853

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  16th  day of April, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.  More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a.  Plan payment calculation sum of Lines 34, 35, 36 45 - $4,743.48 x
       60.  General unsecured claims total $12,084.73 plus cramdowns.

2.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a.  Plan payments ambiguous – 2015 Chevy Tahoe cramdown
       value exceeds claim (Claim #4).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.

b.  Dismiss or convert debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/James K. Jones
Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this   16th   day of April, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA   17101

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee