LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason B. Hamilton and Christine Marie Hamilton | CHAPTER 13 |
| Debtors. | BANKRUPTCY NO. 19-03853/HWV |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding: Motion for Relief |
| Jason B. Hamilton and Christine Marie Hamilton | Pleading: Motion for Relief |
| Debtors/Respondents | Document # 44 |

### **REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance.

Borrower submitted funds to cure the default. Additional time is needed, as Movant is waiting for the funds to post and confirm that the account is current.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,

/s/ Kristen D. Little
Dated: May 4, 2020  BY:_____
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
S&D File #:19-062549   PA BAR ID #79992
klittle@logs.com
pabk@logs.com