**LOCAL BANKRUPTCY FORM 9019-1**
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason B. Hamilton and Christine Marie Hamilton<br>　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY NO. 19-03853/HWV |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding:　Motion for Relief |
| Jason B. Hamilton and Christine Marie Hamilton<br>　　　Debtors/Respondents | Pleading: Motion for Relief<br><br>Document # 44 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐　The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒　The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

　　☐　Thirty (30) days.

　　☐　Forty-five (45) days.

　　☒　Sixty (60) days.

(2)　If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)　Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　/s/ Kristen D. Little
Dated:　June 15, 2020　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　　　Kristen D. Little, Esquire
　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　(610) 278-6800/ fax (847) 954-4809
S&D File #:19-062549　　　　　　　　PA BAR ID #79992
　　　　　　　　　　　　　　　　　　　klittle@logs.com
　　　　　　　　　　　　　　　　　　　pabk@logs.com