**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **JASON B. HAMILTON** | : | |
| **CHRISTINE MARIE HAMILTON** | : | **CASE NO. 1:19-bk-03853** |
| Debtors | : | |
| | : | |
| **PENNYMAC LOAN SERVICES LLC,** | : | |
| Movant | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JASON B. HAMILTON** | : | |
| **CHRISTINE MARIE HAMILTON,** | : | |
| Respondents | : | |
| | : | |
| | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted that the filing of a bankruptcy petition acts as a stay upon certain foreclosure actions.

6. Admitted that Debtors did not make several post-petition payments; however, the Debtors have reached an agreement with Movant to cure the deficiency.

7. Admitted.

8. Denied that Movant has demonstrated cause for relief because the Debtors have reached an agreement with Movant to cure the deficiency.

9. Admitted.

10. No response required.

WHEREFORE, the Debtors respectfully request that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com