| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:19-bk-03853-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Apr  4 14:12:15 EDT 2022 | ALLY<br>PO BOX 130424<br>ROSEVILLE, MN 55113-0004 | Ally Bank<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BELCO COMMUNITY CU (for Notices)<br>449 EISENHOWER BLVD<br>HARRISBURG, PA 17111-2301 |
| BUREAU OF ACCOUNT MGMT<br>3607 ROSEMONT AVE STE 502<br>PO BOX 8875<br>CAMP HILL, PA 17001-8875 | (p)BELCO COMMUNITY CREDIT UNION<br>ATTN ATTN COLLECTIONS DEPARTMENT<br>449 EISENHOWER BLVD<br>HARRISBURG PA 17111-2301 | CAMP HIL EMERGENCY PHYSICIANS<br>PO BOX 13693<br>PHILADELPHIA, PA 19101-3693 |
| CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CENTURY LINK<br>PO BOX 4300<br>CAROL STREAM IL  60197-4300 | CHARLES J DEHART III ESQ TRUSTEE<br>8125 ADAMS DRIVE, SUITE A<br>HUMMELSTOWN, PA 17036-8625 |
| CHRISTOPHER & MARIA SMALL<br>637 BRENTWOOD ROAD<br>ORANGE, CT 06477-2702 | CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | COMCAST (BK NOTICES)<br>PO BOX 1931<br>BURLINGAME, CA 94011-1931 |
| COMMONWEALTH OF PA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0946 | Christine Marie Hamilton<br>15 Dicken Drive<br>Marysville, PA 17053-9702 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DIVERSIFIED ADJUSTMENT SERVICE, INC<br>600 COON RAPIDS BLVD<br>MINNEAPOLIS, MN 55433-5549 | DIVERSIFIED CONSULTANTS, INC<br>PO BOX 551268<br>JACKSONVILLE, FL 32255-1268 | DJ ORTHO<br>PO BOX 515471<br>LOS ANGELES, CA 90051-6771 |
| David W. Park<br>MARTSON LAW OFFICE<br>10 E. HIGH ST.<br>CARLISLE, PA 17013-3093 | Dorothy L. Mott<br>Attorney at Law<br>125 State Street<br>Harrisburg, PA 17101-1025 | FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106-9184 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVENUE<br>SIOUX FALLS SD 57107-0145 | (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 |
| Kevin S Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King Of Prussia, PA 19406-4702 | GEISINGER HOLY SPIRIT HOSPITAL<br>503 N 21ST STREET<br>CAMP HILL, PA 17011-2288 | GLOBAL CREDIT & COLLECTION CORP<br>1901 RESEARCH BLVD<br>ROCKVILLE, MD 20850-3164 |

| | | |
|---|---|---|
| HSBC BANK<br>ACCT INFORMATION<br>PO BOX 81622<br>SALINAS, CA 93912-1622 | HTG, INC<br>HOT TUB GUY SERVICE CENTER<br>3269 DAYS MILL ROAD<br>YORK, PA 17408-7385 | Jason B. Hamilton<br>15 Dicken Drive<br>Marysville, PA 17053-9702 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | John Ensminger Appra<br>3557 Elmerton Avenue<br>Harrisburg, PA 17109-1132 | KIRMAN EYE<br>29 WEST MAIN STREET<br>HUMMELSTOWN, PA 17036-1538 |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>PO BOX 90128<br>HARRISBURG, PA 17109-0128 | LVNV FUNDING LLC<br>BK NOTICES<br>55 BEATTIE PL STE 110 MS576<br>GREENVILLE, SC 29601-5115 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Kristen D Little<br>LOGS Legal Group LLP<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | MARK HECKMAN<br>1309 Bridge Street<br>New Cumberland, PA 17070-1172 | MIKE RORAPAUGH ROOFING<br>105 UMBERTO AVENUE<br>NEW CUMBERLAND, PA 17070-2627 |
| MINI MOBILE<br>1015 OLD TRAIL ROAD<br>GOLDSBORO, PA 17319-9390 | MOFFITT HEART & VASCULAR GROUP<br>1000 N FRONT ST<br>WORMLEYSBURG, PA 17043-1034 | MR COOPER<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX 75067-4488 |
| MRS ASSOCIATES INC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ 08003-2016 | MRSBPO<br>1930 OLNEY AVENUE<br>CHERRY HILL, NJ 08003-2016 | MUMMA ELECTRIC<br>3820 TRINDLE ROAD<br>CAMP HILL, PA 17011-4388 |
| Dorothy L Mott<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 | NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG, PA 17111-1036 | NCC BUSINESS SERVICES INC<br>PO BOX 24739<br>JACKSONVILLE, FL 32241-4739 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | OIP<br>3399 TRINDLE ROAD<br>CAMP HILL, PA 17011-2286 |
| ORANGE LAKE COUNTRY CLUB IN<br>PO BOX 864964<br>ORLANDO, FL 32886-4964 | PATENAUDE & FELIX APC<br>501 CORPORATE DRIVE<br>SOUTHPOINTE CENTER, STE 205<br>CANONSBURG, PA 15317-8584 | (p)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| PENNYMAC LOAN SERVICES LLC<br>6101 CONDOR DRIVE, STE 310<br>MOORPARK, CA 93021-2602 | PPL ELECTRIC UTILITIES<br>ATTN: BANKRUPTCY DEPT<br>827 HAUSMAN ROAD<br>ALLENTOWN PA 18104-9392 | David William Park<br>Martson Law Offices<br>10 East High Street<br>Carlisle, PA 17013-3093 |

| | | |
|---|---|---|
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | QUANTUM COLL<br>3224 CIVIC CENTER NORTH<br>NORTH LAS VEGAS, NV 89030-4506 | RADIUS GLOBAL SOLUTIONS LLC<br>FDBA NORTHLAND GROUP LLC<br>50 W SKIPPACK PIKE<br>AMBLER, PA 19002-5151 |
| RECMGMTPART<br>PO Box 8630<br>Richmond, VA  23226-0630 | RLC INC<br>904 MAIN STREET<br>PLEASANTON, KS 66075-4078 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| STEVEN BURKE<br>405 BLACKLATCH LANE<br>CAMP HILL, PA 17011-8415 | SYNCB/LOWES<br>PO BOX 965004<br>ORLANDO, FL 32896-5004 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | THE PAXTON HERALD<br>PO BOX 6310<br>101 LINCOLN STREET<br>HARRISBURG, PA 17112-2599 | UNLIMITED VACATION CLUB<br>9450 SUNSET DRIVE<br>MIAMI, FL 33173-3206 |
| UPMC PINNACLE HEALTH HOSPITALS<br>PO BOX 2353<br>HARRISBURG, PA 17105-2353 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | VONAGE<br>23 MAIN STREET<br>HOLMDEL, NJ 07733-2136 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | WELLS FARGO CARD SERVICES<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Belco Community Credit Union<br>449 Eisenhower Blvd.<br>Harrisburg, PA 17111 | (d)Belco Community Credit Union<br>449 Eisenhower Blvd, Ste 200<br>Harrisburg, PA 17111 | DISCOVER BANK<br>12 READS WAY<br>NEW CASTLE, DE 19720 |

| | | |
|---|---|---|
| FNCC<br>PO BOX 5097<br>SIOUX FALLS, SD 57117 | FRONTIER COMMUNICATIONS<br>PO BOX 20550<br>ROCHESTER, NY 14602 | IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 |
| PENN CREDIT CORP<br>2800 COMMERCE DRIVE<br>PO BOX 69703<br>HARRISBURG, PA 17106 | Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | SPRINT BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207 |
| Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Christine Marie Hamilton<br>15 Dicken Drive<br>Marysville, PA 17053-9702 | (d)Jason B. Hamilton<br>15 Dicken Drive<br>Marysville, PA 17053-9702 | (u)PENNYMAC LOAN SERVICES, LLC |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa. 17128-0946 | End of Label Matrix<br>Mailable recipients   81<br>Bypassed recipients    4<br>Total                85 | |