**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason** | **B.** | **Hamilton** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **Marie** | **Hamilton** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:19-bk-03853**
(if known)

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**15 Dicken Drive, Marysville, PA 17053**
**Purchased 10/04/18 for $190,000**

**Perry**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $259,900.00 | $259,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenant by the entireties**

☐ **Check if this is community property**
(see instructions)

| Debtor 1 | Jason B. Hamilton | | |
|---|---|---|---|
| Debtor 2 | Christine Marie Hamilton | Case number (if known) | 1:19-bk-03853 |

**1.2.**

**405 Blacklatch Lane, Camp Hill, PA 17011**
**Purchased 09/23/15 $277,000**

**Cumberland**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$277,000.00                                   $277,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenant by the entireties**

☐ Check if this is community property
(see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................... → **$536,900.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**
Make: **Chevy**
Model: **Silverado**
Year: **2015**
Approximate mileage: **55,000**
Other information:
**2015 Chevy Silverado K2500 High Country diesel 4wd cre cab black (approx. 55,000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$36,087.00                                    $36,087.00

**3.2.**
Make: **Chevy**
Model: **Tahoe**
Year: **2015**
Approximate mileage: **77,700**
Other information:
**2015 Chevy Tahoe LS 4d silver (approx. 77,700 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$18,999.00                                    $18,999.00

| Debtor 1 | Jason B. Hamilton | | |
|---|---|---|---|
| Debtor 2 | Christine Marie Hamilton | Case number (if known) | 1:19-bk-03853 |

| 3.3. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Chevy | ☐ Debtor 1 only | | |
| Model: | Camaro | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2014 | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | 44,500 | ☐ At least one of the debtors and another | $15,613.00 | $15,613.00 |
| Other information: | | | | |
| **2014 Chevy Camaro SS convertible (approx. 44,500 miles)** | | ☐ Check if this is community property<br>(see instructions) | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☒ Yes

| 4.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Heartland | ☐ Debtor 1 only | | |
| Model: | Sundance | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2009 | ☒ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | $15,000.00 | $15,000.00 |
| Other information: | | | | |
| **2009 Heartland Sundance 5th wheel** | | ☐ Check if this is community property<br>(see instructions) | | |

| 4.2. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | Yamaha | ☒ Debtor 1 only | | |
| Model: | Venture | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2005 | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | $3,000.00 | $3,000.00 |
| Other information: | | | | |
| **2005 Yamaha Venture 1500 cc 79,000 miles**<br>**Free & Clear** | | ☐ Check if this is community property<br>(see instructions) | | |

| 4.3. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | 4winds | ☐ Debtor 1 only | | |
| Model: | 200 Horizon | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 1988 | ☒ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | $2,500.00 | $2,500.00 |
| Other information: | | | | |
| **1988 4winds 200 Horizon boat, motor, trailer**<br>**Free & Clear** | | ☐ Check if this is community property<br>(see instructions) | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................... → **$91,199.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 **Jason B. Hamilton**
Debtor 2 **Christine Marie Hamilton**  Case number (if known) **1:19-bk-03853**

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe..... **3 beds, 3 dressers, 2 night stands, 2 couches, chair, dining room table & chairs, stove, 2 refrigerators, washer & dryer, microwave, dishwasher, 2 end tables, coffee table, vacuum, patio furniture, gas grill, pots, pans, dishes, linens, miscellaneous household goods**   **$2,400.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe..... **3 TVs, 3 computers, cell phones**   **$600.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe..... **See continuation page(s).**   **$250.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**   **$600.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**   **$125.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe..... **Labrador Retriever**   **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.............

| Debtor 1 | **Jason B. Hamilton** | | |
|---|---|---|---|
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................... → **$3,975.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes................................................................................................................ Cash: ........................... **$17.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes............................ Institution name:

    | 17.1. | Checking account: | **Checking Mid Penn** | **$1,200.00** |
    |---|---|---|---|
    | 17.2. | Checking account: | **Checking account Belco** | **$0.00** |
    | 17.3. | Checking account: | **Checking account PSECU** | **$600.00** |
    | 17.4. | Savings account: | **Savings account Belco** | **$0.00** |
    | 17.5. | Savings account: | **Savings account PSECU** | **$5.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☑ Yes. Give specific information about them.......................... Name of entity: % of ownership:

    | **World Capital Corporation (defunct corp)** | **100%** | **$0.00** |
    |---|---|---|
    | **Finare Group** <br> **Assets Mid Penn $300** | **100%** | **$300.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them.......................... Issuer name:

Debtor 1 **Jason B. Hamilton**
Debtor 2 **Christine Marie Hamilton** Case number (if known) **1:19-bk-03853**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.  Type of account:   Institution name:

401(k) or similar plan: **401(k)  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**  **$0.00**

401(k) or similar plan: **401(k)  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**  **$0.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................   Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

Official Form 106A/B                                          Schedule A/B: Property                                          page 6
Case 1:19-bk-03853-HWV    Doc 80    Filed 04/07/22    Entered 04/07/22 16:05:11    Desc
Main Document    Page 6 of 16

Debtor 1  **Jason B. Hamilton**
Debtor 2  **Christine Marie Hamilton**                          Case number (if known) **1:19-bk-03853**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term life through employer | Wife | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here.................................................................................................. →  **$2,122.00**

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Debtor 1 | **Jason B. Hamilton** | | |
|---|---|---|---|
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................. → **$0.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| Debtor 1 | **Jason B. Hamilton** | | |
|---|---|---|---|
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.......................................................................** ➔ **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.

| | |
|---|---|
| **John Deere 318** | **$400.00** |
| **appwithjason.com** | **$0.00** |
| **thefinaregroup.com** | **$0.00** |
| **Timeshare Holiday Orange Lake, FL bi-annual** | **$0.00** |
| **Unlimited Vacation Club (points)** | **$0.00** |

**54. Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔ **$400.00**

| Debtor 1 | **Jason B. Hamilton** | | |
|---|---|---|---|
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

**Part 8:  List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2**.................................................................................................................... ➔ | | $536,900.00 |
| 56. | **Part 2: Total vehicles, line 5** | $91,199.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $3,975.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $2,122.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $400.00 | |
| 62. | **Total personal property.** Add lines 56 through 61................... | $97,696.00 | Copy personal property total ➔ + $97,696.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................ | | $634,596.00 |

Debtor 1 **Jason B. Hamilton**  
Debtor 2 **Christine Marie Hamilton**   Case number (if known) **1:19-bk-03853**

9. **Equipment for sports and hobbies (details):**

   **Rifle** $100.00

   **Handgun** $100.00

   **2 sets golf clubs** $50.00

11. **Clothes (details):**

    **Clothing** $300.00

    **Clothing** $300.00

12. **Jewelry (details):**

    **Costume jewelry** $25.00

    **Masonic ring, 3 watches** $100.00

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason** First Name | **B.** Middle Name | **Hamilton** Last Name |
| Debtor 2 (Spouse, if filing) | **Christine** First Name | **Marie** Middle Name | **Hamilton** Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **1:19-bk-03853** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**15 Dicken Drive, Marysville, PA 17053**<br>**Purchased 10/04/18 for $190,000**<br>Line from *Schedule A/B*: **1.1** | **$259,900.00** | ☑ **$62,224.17**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**405 Blacklatch Lane, Camp Hill, PA 17011**<br>**Purchased 09/23/15 $277,000**<br>Line from *Schedule A/B*: **1.2** | **$277,000.00** | ☑ **$6,473.33**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 1

| Debtor 1 | **Jason B. Hamilton** | | |
|---|---|---|---|
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

**Part 2:  Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2015 Chevy Silverado (approx. 55,000 miles)**<br>**2015 Chevy Silverado K2500 High Country diesel 4wd cre cab black (approx. 55,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$36,087.00** | ☑ **$13,631.20**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**2015 Chevy Tahoe (approx. 77,700 miles)**<br>**2015 Chevy Tahoe LS 4d silver (approx. 77,700 miles)**<br>Line from *Schedule A/B*: __3.2__ | **$18,999.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**2014 Chevy Camaro (approx. 44,500 miles)**<br>**2014 Chevy Camaro SS convertible (approx. 44,500 miles)**<br>Line from *Schedule A/B*: __3.3__ | **$15,613.00** | ☑ **$2,849.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**2009 Heartland Sundance 5th wheel**<br>Line from *Schedule A/B*: __4.1__ | **$15,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**2005 Yamaha Venture 1500 cc 79,000 miles**<br>**Free & Clear**<br>Line from *Schedule A/B*: __4.2__ | **$3,000.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. Sec. 8123(a)** |
| Brief description:<br>**1988 4winds 200 Horizon boat, motor, trailer**<br>**Free & Clear**<br>Line from *Schedule A/B*: __4.3__ | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**3 beds, 3 dressers, 2 night stands, 2 couches, chair, dining room table & chairs, stove, 2 refrigerators, washer & dryer, microwave, dishwasher, 2 end tables, coffee table, vacuum, patio furniture, gas grill, pots, pans, dishes, linens, miscellaneous household goods**<br>Line from *Schedule A/B*: __6__ | **$2,400.00** | ☑ **$2,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**3 TVs, 3 computers, cell phones**<br>Line from *Schedule A/B*: __7__ | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |

Official Form 106C  **Schedule C: The Property You Claim as Exempt**  page 2

| Debtor 1 | Jason B. Hamilton | | |
|---|---|---|---|
| Debtor 2 | Christine Marie Hamilton | Case number (if known) | 1:19-bk-03853 |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Rifle**<br>Line from *Schedule A/B*: **9** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8123(a) |
| Brief description: **Handgun**<br>Line from *Schedule A/B*: **9** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8123(a) |
| Brief description: **2 sets golf clubs**<br>Line from *Schedule A/B*: **9** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenants by the entireties |
| Brief description: **Clothing**<br>Line from *Schedule A/B*: **11** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8124(a) |
| Brief description: **Clothing**<br>Line from *Schedule A/B*: **11** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8124(a) |
| Brief description: **Costume jewelry**<br>Line from *Schedule A/B*: **12** | $25.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8123(a) |
| Brief description: **Masonic ring, 3 watches**<br>Line from *Schedule A/B*: **12** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8123(a) |
| Brief description: **Labrador Retriever**<br>Line from *Schedule A/B*: **13** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. Sec. 8123(a) |
| Brief description: **Cash on hand**<br>Line from *Schedule A/B*: **16** | $17.00 | ☑ $17.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenants by the entireties |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 3

Case 1:19-bk-03853-HWV    Doc 80    Filed 04/07/22    Entered 04/07/22 16:05:11    Desc
Main Document    Page 14 of 16

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason B. Hamilton** | | |
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Checking Mid Penn**<br>Line from *Schedule A/B*: **17.1** | $1,200.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**Checking account Belco**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**Savings account Belco**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**Checking account PSECU**<br>Line from *Schedule A/B*: **17.3** | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**Savings account PSECU**<br>Line from *Schedule A/B*: **17.5** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**World Capital Corporation (defunct corp)**<br>Line from *Schedule A/B*: **19** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. Sec. 8123(a)** |
| Brief description:<br>**Finare Group**<br>  **Assets Mid Penn $300**<br>Line from *Schedule A/B*: **19** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |
| Brief description:<br>**401(k)  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**<br>Line from *Schedule A/B*: **21** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. Sec. 8124(b)(ix)** |
| Brief description:<br>**401(k)  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**<br>Line from *Schedule A/B*: **21** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. Sec. 8124(b)(ix)** |

| Debtor 1 | **Jason B. Hamilton** | | |
|---|---|---|---|
| Debtor 2 | **Christine Marie Hamilton** | Case number (if known) | **1:19-bk-03853** |

## Part 2: Additional Page

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Term life through employer** Line from *Schedule A/B*: **31** | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. Sec. 8124(c)(7)** |
| Brief description: **John Deere 318** Line from *Schedule A/B*: **53** | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tenants by the entireties** |