UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON B. HAMILTON and<br>CHRISTINE MARIE HAMILTON<br>Debtors | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| JASON B. HAMILTON and<br>CHRISTINE MARIE HAMILTON<br>Respondents | : | CASE NO. 1-19-bk-03853 |

## OBJECTION TO DEBTORS' AMENDED EXEMPTIONS

AND NOW, this 8th day April, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Trustee objects to debtors' exemption of assets claimed under 42 Pa. C.S. § 8124(b)(ix) to the extent that § 8124(b)(ix)(A) applies.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

BY:   /s/James K. Jones
      Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 8th day April, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA 17101

                                    /s/Deborah A. Behney
                                    Office of Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee