UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON B. HAMILTON and<br>CHRISTINE MARIE HAMILTON<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| JASON B. HAMILTON and<br>CHRISTINE MARIE HAMILTON<br>    Respondents | : | CASE NO.   1-19-bk-03853 |

### TRUSTEE'S AMENDED OBJECTION TO DEBTORS' AMENDED EXEMPTIONS

AND NOW, this   8th   day April, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Trustee objects to debtors' exemption of assets claimed under 42 Pa. C.S. § 8124(b)(ix) to the extent that § 8124(b)(ix)(A) applies.

2. Trustee objects to debtors' exemption of assets as tenants by the entireties to the extent of joint claims.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

BY:    /s/James K. Jones
       Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this   8th   day April, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA   17101

                                            /s/Deborah A. Behney
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee