UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON B. HAMILTON and CHRISTINE MARIE HAMILTON<br>Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| JASON B. HAMILTON and CHRISTINE MARIE HAMILTON<br>Respondents | : | CASE NO. 1-19-bk-03853-HWV<br>OBJECTION TO EXEMPTIONS |

### ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.