IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:19-bk-03853 |
| | : | |
| JASON B. HAMILTON | : | CHAPTER 13 |
| CHRISTINE MARIE HAMILTON, | : | |
|   Debtors | : | |
| | : | |
| JASON B. HAMILTON | : | |
| CHRISTINE MARIE HAMILTON | : | |
|   Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR DBA MR COOPER, | : | |
| JACK N ZAHAROPOULOS, | :: | |
| ESQUIRE, TRUSTEE | : | |
|   Respondents | : | |

## ORDER

AT HARRISBURG, in said District,

UPON CONSIDERATION of the Stipulation resolving the objection to Motion for Approval of Sale agreed to and filed by the parties, and cause appearing, it is hereby

ORDERED AND DECREED that the stipulation is approved.