UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JASON B. HAMILTON and          :   CHAPTER 13
         CHRISTINE MARIE HAMILTON       :
            Debtors                     :
                                        :
         JACK N. ZAHAROPOULOS           :
         STANDING CHAPTER 13 TRUSTEE    :
            Movant                      :
                                        :
              vs.                       :
                                        :
         JASON B. HAMILTON and          :
         CHRISTINE MARIE HAMILTON       :
            Respondents                 :   CASE NO.   1-19-bk-03853


TRUSTEE'S OBJECTION TO SIXTH AMENDED CHAPTER 13 PLAN

         AND NOW, this   9th   day of September, 2022, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

    1.  Debtor(s) have failed to file a Chapter 13 Means Test (Form 122C) as
        required.   Plan does not pay amount required by the Means Test.

    2.  Trustee avers that debtor(s)' plan cannot be administered due to the lack of
the following:

        a.  Last paystub dated August, 2022.

         WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

              BY:             /s/Douglas R. Roeder
                              Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

           AND NOW, this  9th  day of September, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA   17101


                                   /s/Deborah A. Behney
                                   Office of Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee