UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON B. HAMILTON and<br>CHRISTINE MARIE HAMILTON<br>　Debtors | : CHAPTER 13<br>:<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| JASON B. HAMILTON and<br>CHRISTINE MARIE HAMILTON<br>　Respondents | :<br>:<br>: CASE NO.  1-19-bk-03853 |

TRUSTEE'S OBJECTION TO SEVENTH AMENDED CHAPTER 13 PLAN

AND NOW, this  4th  day of January, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.  More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

　　a. Excess disposable income

2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

　　a. Last paystub dated December, 2022 for both debtors.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　a. Deny confirmation of debtor(s) plan.

      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                                      Respectfully submitted:

                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

      BY:              /s/Douglas R. Roeder
                           Attorney for Trustee

## CERTIFICATE OF SERVICE

      AND NOW, this 4th day of January, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA 17101

                                      /s/Deborah A. Behney
                                      Office of Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee