UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON B. HAMILTON and CHRISTINE MARIE HAMILTON | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JASON B. HAMILTON and CHRISTINE MARIE HAMILTON | : : | |
| Respondent(s) | : | CASE NO.   1-19-bk-03853 |

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO
### SEVENTH AMENDED CHAPTER 13 PLAN

AND NOW, this   3rd   day of February, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 4, 2023 be withdrawn as all issues have been resolved.

                                                        Respectfully submitted:

                                                        /s/Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        8125 Adams Drive, Suite A
                                                        Hummelstown, PA 17036
                                                        (717) 566-6097

### CERTIFICATE OF SERVICE

AND NOW, this   3rd   day of February, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

                                                        /s/Deborah A. Behney
                                                        Office of Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee