UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON B. HAMILTON
CHRISTINE MARIE HAMILTON     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-03853-HWV

JASON B. HAMILTON
CHRISTINE MARIE HAMILTON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on September 25, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of September 25, 2024, the Debtor(s) is/are $2199.00 in arrears a plan payment having last been made on August 12, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: September 25, 2024      Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON B. HAMILTON<br>CHRISTINE MARIE HAMILTON<br>    Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    Movant | CASE NO: 1-19-03853-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 25, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA  17101-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by First Class Mail</u>
JASON B. HAMILTON
CHRISTINE MARIE HAMILTON
15 DICKEN DRIVE
MARYSVILLE  PA  17053


I certify under penalty of perjury that the foregoing is true and correct.


Date:  September 25, 2024         /s/  Tammy Life
                                  Office of the Standing Chapter 13 Trustee
                                  Jack N. Zaharopoulos
                                  Suite A, 8125 Adams Dr.
                                  Hummelstown, PA  17036
                                  Phone:  (717) 566-6097
                                  email: info@pamd13trustee.com