United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason B. Hamilton  
Christine Marie Hamilton  
    Debtors

Case No. 19-03853-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Sep 26, 2024     Form ID: pdf010     Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason B. Hamilton, Christine Marie Hamilton, 15 Dicken Drive, Marysville, PA 17053-9702 |
| 5246493 | + | BELCO COMMUNITY CU (for Notices), 449 EISENHOWER BLVD, HARRISBURG, PA 17111-2301 |
| 5246495 |   | CAMP HIL EMERGENCY PHYSICIANS, PO BOX 13693, PHILADELPHIA, PA 19101-3693 |
| 5246498 | + | CHRISTOPHER & MARIA SMALL, 637 BRENTWOOD ROAD, ORANGE, CT 06477-2702 |
| 5246503 |   | DIVERSIFIED CONSULTANTS, INC, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5246504 | + | DJ ORTHO, PO BOX 515471, LOS ANGELES, CA 90051-6771 |
| 5292836 | + | David W. Park, MARTSON LAW OFFICE, 10 E. HIGH ST., CARLISLE, PA 17013-3093 |
| 5246491 | + | Dorothy L. Mott, Attorney at Law, 125 State Street, Harrisburg, PA 17101-1025 |
| 5246505 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5246509 | + | GEISINGER HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5246510 | + | GLOBAL CREDIT & COLLECTION CORP, 1901 RESEARCH BLVD, ROCKVILLE, MD 20850-3164 |
| 5246512 | + | HTG, INC, HOT TUB GUY SERVICE CENTER, 3269 DAYS MILL ROAD, YORK, PA 17408-7385 |
| 5246513 | + | John Ensminger Appra, 3557 Elmerton Avenue, Harrisburg, PA 17109-1132 |
| 5246514 | + | KIRMAN EYE, 29 WEST MAIN STREET, HUMMELSTOWN, PA 17036-1538 |
| 5246515 | + | LINEBARGER GOGGAN BLAIR & SAMPSON, PO BOX 90128, HARRISBURG, PA 17109-0128 |
| 5246517 | + | MARK HECKMAN, 1309 Bridge Street, New Cumberland, PA 17070-1172 |
| 5246518 | + | MIKE RORAPAUGH ROOFING, 105 UMBERTO AVENUE, NEW CUMBERLAND, PA 17070-2627 |
| 5246519 | + | MINI MOBILE, 1015 OLD TRAIL ROAD, GOLDSBORO, PA 17319-9390 |
| 5246520 | + | MOFFITT HEART & VASCULAR GROUP, 1000 N FRONT ST, WORMLEYSBURG, PA 17043-1034 |
| 5246524 | + | MUMMA ELECTRIC, 3820 TRINDLE ROAD, CAMP HILL, PA 17011-4388 |
| 5246527 | + | OIP, 3399 TRINDLE ROAD, CAMP HILL, PA 17011-2286 |
| 5246528 |   | ORANGE LAKE COUNTRY CLUB IN, PO BOX 864964, ORLANDO, FL 32886-4964 |
| 5246533 | + | QUANTUM COLL, 3224 CIVIC CENTER NORTH, NORTH LAS VEGAS, NV 89030-4506 |
| 5246535 |   | RECMGMTPART, PO Box 8630, Richmond, VA 23226-0630 |
| 5246536 | + | RLC INC, 904 MAIN STREET, PLEASANTON, KS 66075-4078 |
| 5246538 | #+ | STEVEN BURKE, 405 BLACKLATCH LANE, CAMP HILL, PA 17011-8415 |
| 5246541 | + | THE PAXTON HERALD, PO BOX 6310, 101 LINCOLN STREET, HARRISBURG, PA 17112-2543 |
| 5246542 | + | UNLIMITED VACATION CLUB, 9450 SUNSET DRIVE, MIAMI, FL 33173-3206 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2024 18:43:20 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2024 18:43:14 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| cr | | Email/Text: collectionsbankruptcy@belco.org | Sep 26 2024 18:41:00 | Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2024 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5246492 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 26 2024 18:41:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5267233 | | Email/Text: ally@ebn.phinsolutions.com | Sep 26 2024 18:41:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5422967 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2024 18:54:20 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5249372 | | Email/Text: collectionsbankruptcy@belco.org | Sep 26 2024 18:41:00 | Belco Community Credit Union, 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111 |
| 5246494 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 26 2024 18:41:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5246496 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 18:43:36 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5246497 | | Email/Text: bmg.bankruptcy@centurylink.com | Sep 26 2024 18:41:00 | CENTURY LINK, PO BOX 4300, CAROL STREAM IL 60197-4300 |
| 5246546 | + | Email/Text: info@pamd13trustee.com | Sep 26 2024 18:41:00 | CHARLES J DEHART III ESQ TRUSTEE, 8125 ADAMS DRIVE, SUITE A, HUMMELSTOWN, PA 17036-8625 |
| 5246499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 18:43:16 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5246500 | + | Email/Text: documentfiling@lciinc.com | Sep 26 2024 18:41:00 | COMCAST (BK NOTICES), PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 5246547 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 18:41:00 | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, DEPARTMENT 280946, HARRISBURG, PA 17128-0946 |
| 5246501 | | Email/Text: mrdiscen@discover.com | Sep 26 2024 18:41:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5246502 | ^ | MEBN | Sep 26 2024 18:35:36 | DIVERSIFIED ADJUSTMENT SERVICE, INC, 600 COON RAPIDS BLVD, MINNEAPOLIS, MN 55433-5549 |
| 5246507 | | Email/Text: BNSFN@capitalsvcs.com | Sep 26 2024 18:41:00 | FNCC, PO BOX 5097, SIOUX FALLS, SD 57117 |
| 5246506 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 26 2024 18:43:20 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5246508 | | Email/Text: bankruptcynotification@ftr.com | Sep 26 2024 18:41:00 | FRONTIER COMMUNICATIONS, PO BOX 20550, ROCHESTER, NY 14602 |
| 5246511 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 26 2024 18:41:00 | HSBC BANK, ACCT INFORMATION, PO BOX 81622, SALINAS, CA 93912-1622 |
| 5246548 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2024 18:41:00 | IRS, PO BOX 21126, PHILADELPHIA, PA 19114 |
| 5246516 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:26 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-2165 |
| 5248402 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5246521 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recipient # | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 26 2024 18:41:00 | MR COOPER, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067-4488 |
| 5246522 | ^ MEBN | Sep 26 2024 18:35:39 | MRS ASSOCIATES INC, 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 5246523 | ^ MEBN | Sep 26 2024 18:35:02 | MRSBPO, 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003-2016 |
| 5246525 | + Email/Text: Bankruptcies@nragroup.com | Sep 26 2024 18:41:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5246526 | + Email/Text: bankruptcydepartment@tsico.com | Sep 26 2024 18:41:00 | NCC BUSINESS SERVICES INC, PO BOX 24739, JACKSONVILLE, FL 32241-4739 |
| 5258649 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2024 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5246530 | Email/Text: bankruptcies@penncredit.com | Sep 26 2024 18:41:00 | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106 |
| 5246531 | + Email/PDF: ebnotices@pnmac.com | Sep 26 2024 18:43:38 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5264901 | Email/Text: perituspendrick@peritusservices.com | Sep 26 2024 18:41:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5246532 | ^ MEBN | Sep 26 2024 18:35:53 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5272636 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5272757 | + Email/PDF: ebnotices@pnmac.com | Sep 26 2024 18:43:41 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5261566 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2024 18:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5246534 | ^ MEBN | Sep 26 2024 18:35:39 | RADIUS GLOBAL SOLUTIONS LLC, FDBA NORTHLAND GROUP LLC, 50 W SKIPPACK PIKE, AMBLER, PA 19002-5151 |
| 5246537 | + Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 26 2024 18:43:18 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 5246539 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 18:43:13 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5246540 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 18:43:39 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5246543 | ^ MEBN | Sep 26 2024 18:36:03 | UPMC PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5246544 | + Email/Text: krishna.patel@vonage.com | Sep 26 2024 18:41:00 | VONAGE, 23 MAIN STREET, HOLMDEL, NJ 07733-2136 |
| 5268110 | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2024 18:43:26 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5246545 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2024 18:43:25 | WELLS FARGO CARD SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 5246490 | *+ | Christine Marie Hamilton, 15 Dicken Drive, Marysville, PA 17053-9702 |
| 5246489 | *+ | Jason B. Hamilton, 15 Dicken Drive, Marysville, PA 17053-9702 |
| 5246529 | ##+ | PATENAUDE & FELIX APC, 501 CORPORATE DRIVE, SOUTHPOINTE CENTER, STE 205, CANONSBURG, PA 15317-8584 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Park | on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com teckenroad@martsonlaw.com |
| Dorothy L Mott | on behalf of Debtor 1 Jason B. Hamilton DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Christine Marie Hamilton DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Jason B. Hamilton | | Chapter: | 13 |
|---|---|---|---|
| | Debtor 1 | Case No.: | 1:19-bk-03853-HWV |
| Christine Marie Hamilton | | | |
| | Debtor 2 | | |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | | | |
| vs. | Movant(s) | | |
| JASON B. HAMILTON CHRISTINE MARIE HAMILTON | | | |
| | Respondent(s) | | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 120, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 96, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 26, 2024